CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV 30 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| GARY WALL,<br>    Plaintiff, | Civil Action No. 7:11-cv-00191 |
| v. | **ORDER** |
| JAMES WADE, et al.,<br>    Defendants. | By:   Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motion for summary judgment is **GRANTED**; plaintiff's state-law claims are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1367(a); and the action is **STRICKEN** from the active docket of the court.

    The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

    ENTER: This 30th day of November, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge